Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
Samantha H. Knox (SBN 254427)
samantha.knox@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

James P. Rouhandeh
james.rouhandeh@davispolk.com
Charles S. Duggan
charles.duggan@davispolk.com
Andrew Ditchfield
andrew.ditchfield@davispolk.com
*(pro hac vice applications forthcoming)*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Attorneys for Underwriter Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARVEY LAPIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., et al.,<br><br>Defendants. | Case No.: 3:12-cv-3195-MMC<br><br>CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT THE WILLIAMS CAPITAL GROUP, L.P. |

| | |
|---|---|
| DARRYL LAZAR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., et al.,<br><br>Defendants. | Case No.: 3:12-cv-3199-MMC |
| EDWARD J. SHIERRY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., et al.,<br><br>Defendants. | Case No.: 3:12-cv-03200-MMC |
| KAREN CUKER and BRIAN GRALNICK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., et al.,<br><br>Defendants. | Case No.: 3:12-cv-3201-MMC |
| MICHAEL LIEBER, Individually and On Behalf of Other Members of the General Public Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., et al.,<br><br>Defendants. | Case No.: 3:12-cv-3202-MMC |

| | | |
|---|---|---|
| JENNIFER STOKES, Individually and On Behalf of All Others Similarly Situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 3:12-cv-3203-MMC |
| FACEBOOK, INC., et al., | ) | |
| Defendants. | ) | |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: The Williams Capital Group, Inc., Christopher J. Williams, Finopco Holdings Co., Bruce Usher, David Coard, David Finkelstein, Jonathan Levin and DiAnne Calabrisotto.

Dated: July 10, 2012

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

/s/ Neal A. Potischman
Neal A. Potischman (SBN 254862)
Samantha H. Knox (SBN 254427)

James P. Rouhandeh
Charles S. Duggan
Andrew Ditchfield
(*pro hac vice applications forthcoming*)

*Attorneys for Underwriter Defendants*